HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GREGORY BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | District Court Case No. 1:16-cr-00015-MJS |
| Plaintiff-Appellee, | ) | (Magistrate Case No. 6:15-mj-00122-MJS) |
| | ) | |
| vs. | ) | *UNOPPOSED* MOTION FOR EXTENSION OF |
| | ) | TIME TO  FILE REPLY BRIEF; ORDER |
| GREGORY BARTLETT, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |
| _____ | ) | |

Defendant-Appellant Gregory Bartlett hereby moves for an extension of time to file his reply to the government's opposition to his opening brief.

On February 9, 2016, this Court set a briefing schedule.  Pursuant to the briefing schedule, Mr. Bartlett's opening brief was due March 10, 2016, the government's opposition brief was due March 31, 2016, and Mr. Bartlett's reply brief was due April 7, 2016.  On March 10, 2016, Mr. Bartlett filed his opening brief.  On April 15, 2016, the government sought an extension of time to file its opposition brief.  The Court granted the government's request.  On May 16, 2016, the government filed its opposition brief.  Pursuant to the Court's February 9, 2016 briefing schedule, Mr. Bartlett's reply brief is due seven days after service of the government's opposition brief, or May 23, 2016.

Mr. Bartlett requests a four-week extension of time to file his reply brief.  Defense counsel has been out of the office on annual leave and is in the process of catching up on missed

-1-

work.  In addition, defense counsel has another reply brief due on May 30, 2016, and has oral argument in the Ninth Circuit on June 16, 2016.  The government has no objection to this request.

    WHEREFORE, Mr. Bartlett requests that this Court extend the deadline for filing a reply brief from May 23, 2016, to June 20, 2016.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 18, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
GREGORY BARTLETT

# **O R D E R**

The deadline for Defendant-Appellant Gregory Bartlett to file a reply brief is hereby extended to June 20, 2016.

IT IS SO ORDERED.

Dated:  **May 18, 2016**

UNITED STATES DISTRICT JUDGE