HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GREGORY BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00015-DAD |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT ORAL ARGUMENT; ORDER |
| vs. | |
| GREGORY BARTLETT, | Date: August 8, 2016 |
| Defendant. | Time: 11:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2) and (b)(3), Gregory Bartlett, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for oral argument on August 8, 2016. Mr. Bartlett agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Mr. Bartlett requests a Rule 43 waiver because he has relocated to South Jordan, Utah, and traveling to Fresno for the hearing would pose a considerable hardship. South Jordan is located approximately 800 miles from Fresno. The trip from South Jordan to Fresno would require Mr. Bartlett to miss several days of work and would be very costly.

Therefore, Mr. Bartlett respectfully requests the Court grant a waiver of his right and

obligation to be personally present at the August 8, 2016 oral argument.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: July 26, 2016                */s/ Erin Snider*
                                          ERIN SNIDER
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          GREGORY BARTLETT


Date: July 26, 2016                */s/ Gregory Bartlett*
                                          GREGORY BARTLETT

## **O R D E R**

Defendant's request for a waiver of appearance at the August 8, 2016 oral argument is hereby granted.

IT IS SO ORDERED.

Dated:  **July 27, 2016**                                        
                                          UNITED STATES DISTRICT JUDGE