HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
GREGORY BARTLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | District Court Case No. 1:16-cr-00015-DAD |
|---|---|---|
| | ) | (Magistrate Case No. 6:15-mj-00122-MJS) |
| Plaintiff-Appellee, | ) | |
| | ) | APPELLANT'S MOTION TO WITHDRAW |
| vs. | ) | APPEAL; ORDER |
| | ) | |
| GREGORY BARTLETT, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |
| | ) | |

Defendant Gregory Bartlett hereby requests to withdraw his appeal.

On February 9, 2016, Mr. Bartlett filed a Notice of Appeal, seeking to challenge the sentence imposed by the magistrate judge.  *See* Docket No. 4.  Mr. Bartlett filed his opening brief on March 10, 2016.  *See* Docket No. 8.  The government filed its opposition brief on May 16, 2016.  *See* Docket No. 13.  Mr. Bartlett filed his reply brief on June 30, 2016.  *See* Docket No. 19.  The Court heard oral argument on August 8, 2016.  *See* Docket No. 23.

Mr. Bartlett now seeks to withdraw his appeal in this matter.  Mr. Bartlett has been on unsupervised probation since his sentencing hearing on January 27, 2016.  His term of probation is scheduled to expire on January 26, 2017.  Mr. Bartlett will be in full compliance with the terms of his probation by that date.  Since his sentencing hearing, Mr. Bartlett has relocated to Utah, where he owns a business.  Given that he has very nearly completed his sentence in this

1  matter and given that Mr. Bartlett has moved on with his life, he wishes to simply serve out the
2  remainder of his term of probation.
3      Accordingly, Mr. Bartlett requests that the Court permit him to withdraw his appeal.

                                Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

Date: December 12, 2016         */s/ Erin Snider*
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant-Appellant
                                GREGORY BARTLETT

Date: December 12, 2016         */s/ Gregory Bartlett*
                                GREGORY BARTLETT

## **O R D E R**

Defendant Gregory Bartlett's appeal is hereby withdrawn.

IT IS SO ORDERED.

Dated:   **December 12, 2016**        _____
                                       UNITED STATES DISTRICT JUDGE